IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, John W | Case Number: 05 B 28515 |
|---|---|---|
| | Johnson, Magdelene | Judge: Hollis, Pamela S |
| | Printed: 02/24/09 | Filed: 7/19/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 5, 2009
Confirmed: October 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 30,016.67 | |
| Secured: | | 18,240.50 |
| Unsecured: | | 6,368.62 |
| Priority: | | 630.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,616.53 |
| Other Funds: | | 961.02 |
| Totals: | 30,016.67 | 30,016.67 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 2,200.00 | 2,200.00 |
| 2. | Great American Finance Company | Secured | 795.00 | 795.00 |
| 3. | Mortgage Clearing Corp | Secured | 20,762.82 | 2,937.63 |
| 4. | Triad Financial Services | Secured | 14,417.68 | 14,417.68 |
| 5. | Mortgage Clearing Corp | Secured | 735.10 | 90.19 |
| 6. | Triad Financial Services | Priority | 630.00 | 630.00 |
| 7. | Peoples Energy Corp | Unsecured | 87.88 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 184.64 | 1,826.28 |
| 9. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 93.33 | 923.18 |
| 11. | United Collection Bureau Inc | Unsecured | 11.19 | 110.70 |
| 12. | RoundUp Funding LLC | Unsecured | 44.84 | 443.49 |
| 13. | Great American Finance Company | Unsecured | 0.02 | 0.20 |
| 14. | Nicor Gas | Unsecured | 142.20 | 1,406.48 |
| 15. | UPWA Credit Union | Unsecured | 167.65 | 1,658.29 |
| 16. | Ford Motor Credit Corporation | Secured | | No Claim Filed |
| 17. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 18. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 19. | Vyridian Revenue Managment | Unsecured | | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| | | | $ 40,272.35 | $ 27,439.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, John W  
Johnson, Magdelene  
Printed: 02/24/09

Case Number: 05 B 28515  
Judge: Hollis, Pamela S  
Filed: 7/19/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 381.79 |
| 5% | 106.50 |
| 4.8% | 221.52 |
| 5.4% | 462.01 |
| 6.5% | 320.71 |
| 6.6% | 124.00 |
|  | $ 1,616.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

